

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

No. 08-25-00293-CR

---

Marcos Palomo, Appellant

v.

The State of Texas, Appellee

---

On Appeal from the 167th District Court
Travis County, Texas
Trial Court No. D-1-DC-19-904039

---

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed. We therefore dismiss the appeal. We further order that this decision be certified below for observance.

IT IS SO ORDERED this 23rd day of December 2025.


MARIA SALAS MENDOZA, Chief Justice


Before Salas Mendoza, C.J., Palafox and Soto, JJ.